# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**F.D. MITCHELL, R.Q. WARD, S.P. LOGAN**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**KRISTOPHER M. LINTON**
**INTELLIGENCE SPECIALIST THIRD CLASS (E-4), U.S. NAVY**

**NMCCA 201400157**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 12 February 2014.
**Military Judge**: CDR Robert P. Monahan, Jr.
**Convening Authority**: Commandant, Naval District Washington, Washington Navy Yard, Washington, DC.
**Staff Judge Advocate's Recommendation**: LCDR J.D. Pilling, JAGC, USN.
**For Appellant**: LCDR Shannon Llenza, JAGC, USN.
**For Appellee**: Mr. Brian Keller, Esq.

**28 August 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court